**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AUSTIN BLAIR,** | : | **CIVIL ACTION NO. 1:13-CV-2008** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **STATE POLICE OF THE** | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 22nd day of August, 2013, upon consideration of defendant's motion to dismiss (Doc. 2) filed on July 26, 2013, and upon further consideration of plaintiff's amended complaint (Doc. 7) filed on August 22, 2013, and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1.  Defendant shall respond to the amended complaint (Doc. 7) in accordance with the Federal Rules of Civil Procedure.

2.  The motion (Doc. 2) to dismiss the complaint is DENIED as moot without prejudice.


    _S/ Christopher C. Conner_
    CHRISTOPHER C. CONNER
    United States District Judge